UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATED OF AMERICA ) | Crim. No. 10CR10399-WGY |
| ) | |
| v. ) | Violations: |
| ) | |
| JAMES PALHETE, ) | 18 U.S.C. § 1001 |
| ) | (False Statements) |
| Defendant. ) | 18 U.S.C. § 641 |
| ) | (Theft of Public Money) |

### INFORMATION

The United States Attorney for the District of Massachusetts charges:

### COUNT ONE
(False Statements)
(Title 18, United States Code, § 1001)

On May 6, 2008, in Stoughton, in the District of Massachusetts,

**JAMES PALHETE,**

defendant herein, in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency of the United States Department of Justice, did knowingly and willfully make materially false statements and representations when questioned by the FBI regarding an ongoing corruption investigation, all in violation of Title 18, United States Code, Section 1001(a).

## COUNT TWO
### (Theft of Public Money)
### (Title 18, United States Code, § 641)

On May 6, 2008, in Stoughton, in the District of Massachusetts,

**JAMES PALHETE,**

defendant herein, did knowingly convert to his own use and, without authority, sold, conveyed or disposed of a thing of value to a third party, to wit, a $1,000 Home Depot card provided to defendant by the FBI during the course of an undercover investigation, all in violation of Title 18, United States Code, Section 641.

CARMEN M. ORTIZ
United States Attorney

By: BRIAN T. KELLY
Assistant United States Attorney
Chief, Public Corruption Unit

Dated: 11/19/10